| | | |
|---|---|---|
| **CURTIS HAGGINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| **GERALDINE BENNETT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

   **THIS MATTER** is before the Court on the pro se Plaintiff's Motion to Refund Filing Fee. (Doc. No. 41).

   The Court dismissed Plaintiff's underlying action on August 24, 2018. (Doc. No. 39). Plaintiff now seeks a refund of the amount of money deducted from his prison trust account statement to pay his filing fee. Plaintiff's motion is denied, as Plaintiff is still required to pay the full filing fee even though this action has been dismissed. See 28 U.S.C. § 1915(b)(1) (stating that "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee").

   **IT IS THEREFORE ORDERED** that:

   Plaintiff's Motion for Refund of Filing Fee, (Doc. No. 41), is **DENIED**.

   Signed: September 7, 2018

   Frank D. Whitney
   Chief United States District Judge

1